# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SANA RIAZ

NO. 2026 KW 0544

**JULY 31, 2026**

---

In Re:    Sana Riaz, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-01631.

---

BEFORE:   **WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT GRANTED.** The record before us does not reflect the evidence that was considered by the district court before ordering the defendant to pay restitution in this case. **State v. Walder,** 2007-0198 (La. 10/5/07), 965 So.2d 865 (*per curiam*); see also La. Code Crim. P. art. 875.1(C)(1); **State v. Danos,** 2008-2085 (La. App. 1st Cir. 7/22/09), 21 So.3d 414, 416. Accordingly, we vacate the portion of defendant's sentence that ordered restitution, and the writ application is granted for the sole purpose of remanding this matter for a restitution hearing. Following the presentation of evidence by the parties into the record, the district court may order restitution in an amount it deems appropriate.

EW
KEB

**Hester, J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT